# EXHIBIT A

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISANA

NO. 2023-7481

DIVISION: CIVIL DISTRICT COURT

**D**

## JAMES DANIELS

### VERSUS

**SECTION 12**

## BIOMET, INC., ZIMMER BIOMET HOLDINGS, INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS, INC

FILED: _____    _____
                                   **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW COMES** Plaintiff, James Daniels, a person of the full age of majority, domiciled in St. Tammany Parish, State of Louisiana, who declares as follows:

1.

Defendants, Biomet, Inc. and Zimmer Biomet Holdings, Inc. (hereinafter "Zimmer Biomet") are corporations domiciled in Warsaw, Indiana, and at all times material herein were the manufacturers of the artificial knee replacement device known as the Vanguard Total Knee System, including the E1 Tibial Bearings implanted in Plaintiff's knee on July 30, 2012, and August 22, 2022, at Touro Infirmary in New Orleans, Louisiana.

2.

The Vanguard Total Knee System was manufactured, marketed, and sold by Zimmer Biomet for patients such as plaintiff who suffered osteoarthritis and required knee replacement surgeries. Zimmer Biomet distributed, marketed, and sold the Vanguard device with E1 Tibial Bearing throughout the United States, including New Orleans, Louisiana, on a regular and continuing basis prior to, during and after Mr. Daniels' surgery.

3.

Defendant, Greg Baffes, is a person of the full age of majority, domiciled in Orleans Parish, State of Louisiana, and at all times relevant herein was acting as a sales representative for the sale of artificial knee implants manufactured by Zimmer Biomet Inc.

4.

Defendant, Boneafide Orthopaedics, Inc. ("Boneafide"), was at all times relevant herein a Louisiana Corporation with its principal location in Beaux Bridge, Louisiana and was the employer

1



of Greg Baffes and, at all relevant times, served as a distributor of the artificial knee implants manufactured by Zimmer Biomet.

5.

Defendants, Boneafide and its salesman, Greg Baffes, entered into an exclusive contractual agreement with Zimmer Biomet whereby Baffes would sell their artificial joint devices to hospitals, including Touro Infirmary in New Orleans, and, in return, when Zimmer Biomet was paid for the devices by the hospitals, Boneafide and Baffes would receive a commission on the sale to be split between them.

6.

Furthermore, the contract between Zimmer Biomet and Boneafide required its salesmen such as Baffes to be trained by Zimmer Biomet in the proper method of implantation, use, warnings, and limitations of the devices in order to educate the surgeons who would eventually implant the devices.

7.

Defendant, Baffes, was specifically trained by Zimmer Biomet in connection with the Vanguard Artificial Knee device, including the E1 Tibial Bearing, prior to Mr. Daniels' surgery.

8.

On July 30, 2012, plaintiff underwent his first surgery performed by Dr. Lance Estrada, an orthopedic surgeon, for the purpose of replacing his right knee with the Vanguard Total Knee System, including the E1 Tibial Bearing.

9.

The E1 Tibial Bearing was marketed, advertised, and sold by Zimmer Biomet as a new class of polyethylene bearings that achieves long-term oxidative stability by infusing the antioxidant, Vitamin E, into polyethylene and thereby improves the wear performance and mechanical properties.

10.

On information and belief, Defendant Zimmer Biomet did not identify any clinical test results or in vivo studies to support their marketing of the E1 Tibial Bearing for long-term use.

11.

At the time of Plaintiff's first surgery in 2012, there had been no clinical study results published in reputable journals or reported internally by Defendant, Zimmer Biomet, showing

long-term stability of their E1, Vitamin E infused, polyethylene. Although Defendant publicized that it had conducted bench tests and in vitro simulation testing, Defendant recognized that this type of testing is "not necessarily indicative of clinical performance".

12.

At the time that the FDA approved the Vitamin E infused polyethylene components, the FDA did not independently conduct any testing to confirm the long-term safety and effectiveness of the E1 Tibial Bearings. The approval was authorized under Section 510(k), which bases its approval on the manufacturer's representation that the device is substantially similar to predicate devices marketed prior to the Medical Device Amendments in 1976. This type of approval places responsibility entirely on the manufacturer to truthfully report the performance of the device, label the device so as not to mislead its users and to report any future adverse events regarding the device to the FDA after it is marketed to the public.

13.

After the initial implant of the Defendant's E1 Tibial Bearing in Plaintiff's right knee, Plaintiff began experiencing pain and instability and, ultimately on the advice of his physician, Dr. Estrada, he underwent a revision surgery on August 22, 2022, due to the wear of the tibial bearing.

14.

At all relevant times, Defendant, Greg Baffes, was either present in the operating room or in constant contact with Dr. Estrada as the representative of Defendant, Zimmer Biomet, and marketed, represented, and sold the E1 Tibial Bearings to Touro Infirmary for implantation in Plaintiff's knee without communicating any warnings regarding its lack of long-term clinical studies supporting the long-term use of the tibial bearing in patients, such as Plaintiff.

15.

On information and belief, Plaintiff alleges that Defendants Zimmer Biomet and Greg Baffes were aware of clinical studies being conducted to track the wear, mechanical performance, and patient satisfaction of the E1 Tibial Bearings concluded in 2021, but did not disclose the results of the studies to the public. On information and belief, had these results been disclosed, Plaintiff would not have undergone another E1 Tibial Bearing implanted in his knee in 2022 subjecting him to the risk of additional premature revisions.

**16.**

Defendants, Zimmer Biomet, Greg Baffes and Boneafide Orthopaedics had a legal duty as manufacturer and distributor of the E1 Tibial Bearings to report results of clinical studies of the E1 Tibial Bearings.

## COUNT I
## (Negligence)

**17.**

Plaintiff incorporates by reference paragraphs 1 through 16 of this Petition as though fully set forth herein.

**18.**

At all relevant times, Defendants owed a duty to individuals, including the Plaintiff, James Daniels, to use reasonable care in the design, manufacturing, testing, packaging, labeling, selling, and distribution of the E1 Tibial Bearing.

**19.**

At all relevant times, Defendants were negligent in failing to use reasonable care in the design, manufacture, testing packaging, labeling, marketing, and sales of the E1 Tibial Bearing because Defendant failed to reveal the results of clinical testing regarding the tibial bearing and its adverse events.

**20.**

As a direct and proximate result of Defendants' negligence, Plaintiff was caused to suffer additional surgery, severe personal injuries, pain and suffering, emotional distress, financial and economic loss, including but not limited to, obligations for medical services and expenses, and other damages.

## COUNT II
## (Strict Liability – Defective Design)

**21.**

Plaintiff incorporates by reference paragraph 1 through 16 of this Petition as though fully set forth herein.

**22.**

At all relevant times, the E1 Tibial Bearing was intended to, and did, reach prescribing physicians and consumers, including the Plaintiff, James Daniels, without knowledge of the results of clinical testing relevant to its useful life.

**23.**

At all relevant times, Plaintiff, James Daniels, and his implanting surgeon used the Device for its intended and reasonably foreseeable purpose.

**24.**

At the time Defendants sold the E1 Tibial Bearings that were implanted in the Plaintiff, the E1 Tibial Bearings contained a defect that made them unreasonably dangerous and unfit for their intended use.

**25.**

As a consumer of the E1 Tibial Bearing, Plaintiff relied upon the published design and manufacturing safety of the Device.

**26.**

The E1 Tibial Bearing was defectively designed, manufactured, and/or tested and marketed so as to be unreasonably dangerous to Plaintiff at the time it was implanted, in that:

a) When placed in the stream of commerce, the E1 Tibial Bearing contained unreasonably dangerous design and manufacturing defects and was not reasonably safe as intended to be used, subjecting the Plaintiff to an unreasonably high risk of failure and the necessity of further invasive surgery;

b) When placed in the stream of commerce, the E1 Tibial Bearing created unreasonably high risk of failure, which exceeded the benefits of the device;

c) When placed in the stream of commerce, the E1 Tibial Bearing was more dangerous than an ordinary consumer would expect, and more dangerous than other similar prosthetic knee components that were already on the market;

d) When placed in the stream of commerce, the E1 Tibial Bearing had been insufficiently tested for long term use both pre-market and post-market;

e) The E1 Tibial Bearing was marketed in such a way that was known to the Defendants to have been unsupported by clinical testing and therefore not safe and effective.

**27.**

As a direct and proximate result of the defect in the Device, Plaintiff, James Daniels, suffered severe physical distress and injury, emotional distress, and injury; incurred medical, hospital, nursing, rehabilitative and other expenses; disability; and loss of quality of life. His injuries are permanent in nature and Plaintiff will continue to suffer such losses in the future.

## COUNT III
### (Strict Liability – Manufacturing Defects)

**28.**

Plaintiff incorporates by reference Paragraphs 1 through 16 of this Petition as though fully set forth herein.

5

37.

At all relevant times, the Device that was implanted in the Plaintiff was unreasonably dangerous when it left the possession of Zimmer Biomet in that it contained warnings insufficient to alert the medical community and patients, including Plaintiff and his implanting surgeon, to the existence of long term clinical, in vivo, studies regarding the potential unreasonably high risk of failure when used for its intended and reasonably foreseeable purpose.

38.

At all relevant times, Zimmer Biomet defendants knew or should have known that time when the E1 Tibial Bearing was implanted in Plaintiff it was defective when used long-term. However, at no time did Defendants warn Plaintiff or his implanting surgeon.

39.

At all relevant times, Plaintiff and his implanting surgeon used the E1 Tibial Bearing for its intended or reasonably foreseeable purpose.

40.

Plaintiff and his implanting surgeon could not have discovered any defect in the E1 Tibial Bearing through the exercise of due care.

41.

Defendants had a continuing duty to warn the medical community and the public, including Plaintiff and his implanting surgeon, of the potential risks and increased risks of failure of the tibial bearing and breached the duty by failing to provide those warnings.

42.

Had Plaintiff's implanting surgeon been given warnings about the risks associated with the E1 Tibial Bearing's propensity to fail, the surgeon would not have implanted the E1 Tibial Bearing into Plaintiff again on August 22, 2022.

43.

As a direct and proximate result of Defendants' failure to warn, or promptly and adequately warn, Plaintiff about the defects or lack of testing in the E1 Tibial Bearing, Plaintiff was caused and/or in the future will be caused, to suffer severe personal injuries, pain and suffering, emotional distress, financial or economic loss, including but not limited to, obligations for medical services and expenses, present and future, and other damages.

## COUNT V
(Gross Negligence)

**44.**

Plaintiff incorporates by reference Paragraphs 1 through 16 of this Petition as though fully set forth herein.

**45.**

Plaintiff intends to prove by clear and convincing evidence that Plaintiff James Daniels' injuries and damages resulted from Zimmer Biomet defendants' intentional wrongdoing, and/or gross negligence with reckless disregard for the health and safety of the ultimate consumer.

**46.**

The acts, omissions, or both by the Defendants that constituted intentional wrongdoing and/or gross negligence included, but are not limited to, one or more of the following:

a. Defendants designed, marketed, and sold the Device with it knew had problems with the integrity of the E1 Tibial Bearing;

b. Defendants failed to warn of the unreasonably high risks of known problems with the E1 Tibial Bearing and failure posed by the Device;

c. At all relevant times, Defendants were in possession of evidence demonstrating that the Device created an unreasonably high risk of failure and continued to market the Device despite that knowledge.

## COUNT VI
(Product Liability)

**47.**

The defects in the Vanguard device occurred during its normal use and are in violation of Louisiana Product Liability Law, as set forth in La. R.S. 9:2800.55, La. R.S. 9:2800.56 and La. R.S. 9:2800.57.

**48.**

Defendants are also deemed to be a seller in accordance with Louisiana Civil Code articles 2545, et seq. Plaintiff is entitled to judgment against defendant in solido for the return of the purchase price of the defective device, all hospital, surgical, and medical costs related to the implantation surgery and any subsequent explantation surgery; and all other economic losses occasioned by the sale. Plaintiff is further entitled to an award of damages and attorney's fees from defendants.

**PLEASE SERVE:**

**BIOMET, INC. (Pursuant to Long Arm Service)**
56 East Bell Drive
Warsaw, IN 46582

**ZIMMER BIOMET HOLDINGS, INC. (Pursuant to Long Arm Service)**
345 East Main Street
Warsaw, IN 46580

**GREG BAFFES**
3206 Ursulines Avenue
New Orleans, LA 70119

**BONEAFIDE ORTHOPAEDICS, INC.**
Through its registered agent:
Shane Zeringue
1004 Oak Drive
Breaux Bridge, LA 70517

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Respectfully submitted,

GERTLER LAW FIRM, L.L.P.

_____
M. H. GERTLER #6036
LOUIS L. GERTLER #23091
HELEN H. BABIN #22730
935 Gravier Street, Suite 1900
New Orleans, LA 70112
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Email: mhgertler@gertlerfirm.com
       lgertler@gertlerfirm.com
       hbabin@gertlerfirm.com
Attorneys for James Daniels

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**ATTORNEY'S NAME:** Gertler, Meyer H 06036
**AND ADDRESS:** 935 Gravier Street, Suite 1900, New Orleans, LA 70112

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2023-07481 | DIVISION: D | SECTION: 12 |
|---|---|---|

### JAMES DANIELS

**Versus**

### BIOMET INC., ZIMMER BIOMET HOLDINGS INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS INC.

### CITATION - LONG ARM

TO: BIOMET, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE
56 EAST BELL DRIVE, WARSAW, IN 46582

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Debbie Ciaccio, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS ON BIOMET, INC. THROUGH: THE LOUI___ | On this ___ day of ___ served a copy of ___ in the hands of ___ of suitable age and ___blishment, whose ___interrogating ___ micile at time of said |

Deputy Sheriff of ____
Mileage: $ ____
PAPE_
SERIAL NO.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Biomet, Inc
The Louisiana Long Arm
56 East Bell Dr.
Warsaw, IN 46582

9590 9402 6958 1104 6481 34

2. Article Number (Transfer from service label)
7016 2140 0000 4659 5233

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery
Kelli Bowman | 8/14/23
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA
ID: 11196167

VERIFIED

Page 1 of 1

**ATTORNEY'S NAME:** Gertler, Meyer H 06036
**AND ADDRESS:** 935 Gravier Street, Suite 1900, New Orleans, LA 70112

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2023-07481 | DIVISION: D | SECTION: 12 |
|---|---|---|

### JAMES DANIELS

**Versus**

### BIOMET INC., ZIMMER BIOMET HOLDINGS INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS INC.

### CITATION - LONG ARM

TO: ZIMMER BIOMET HOLDINGS, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE

345 EAST MAIN STREET, WARSAW, IN 46580

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Debbie Ciaccio, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE / DOMICILIARY SERVICE

On this _____ day _____ the within PETITION FOR DAMAGES ON ZIMMER BIOM THROUGH: THE LO _____ served a copy of PRODUCTION OF DOCUMENTS ... ode, in the hands of ...rson of suitable age and establishment, whose by interrogating NC. being absent from

Deputy Sheriff of _____
Mileage: $ _____
PA _____
SERIAL NC _____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Zimmer Biomet Holdings Inc
Thru La. Long Arm
345 Eastmain St.
Warsaw, IN 46580

9590 9402 6958 1104 6481 41

2. Article Number (Transfer from service label)
7016 2140 0000 4659 5240

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Kelly Bowman
C. Date of Delivery 8/15/23
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery
over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEPUTY CLERK CIVIL DISTRICT COURT PARISH OF ORLEANS STATE OF LA
A TRUE COPY
ID 196169

Page 1 of 1

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISANA

FILED
2023 AUG 23 PM 2: 27
DISTRICT COURT

NO. 2023-07481　　　　　　　　　　　　　　　　DIVISION: "D-12"

**JAMES DANIELS**

**VERSUS**

**BIOMET, INC., ZIMMER BIOMET HOLDINGS, INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS, INC**

FILED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, personally came and appeared:

### M. H. GERTLER

who, after being first duly sworn, did depose and state:

That he is the attorney for the plaintiff, James Daniels, in the above entitled and numbered cause of action; that he mailed a certified copy of the Citation and Petition for Damages to the defendant, Zimmer Biomet Holdings, Inc., by certified mail, return receipt requested, said return receipt is attached hereto, indicating that service has been made on this defendant.

Respectfully submitted,

**GERTLER LAW FIRM, L.L.P.**

_____
M. H. GERTLER #6036
LOUIS L. GERTLER #23091
HELEN H. BABIN #22730
935 Gravier Street, Suite 1900
New Orleans, LA 70112
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Email: mhgertler@gertlerfirm.com
　　　　lgertler@gertlerfirm.com
　　　　hbabin@gertlerfirm.com
Attorneys for James Daniels

Sworn to and subscribed before me,

this 22 day of August, 2023.

_____
LOUIS L. GERTLER #23091
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing depositing a copy of same in the U.S. Mail, postage pre-paid and properly addressed, or by transmittal by fax, email and/or hand delivery this 23rd day of August, 2023.

_____
M. H. GERTLER #6036

**A TRUE COPY**

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

1

FILED
2023 AUG 23 PM 2:28

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISANA**

NO. 2023-07481                                           DIVISION: "D-12"

**JAMES DANIELS**

**VERSUS**

**BIOMET, INC., ZIMMER BIOMET HOLDINGS, INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS, INC**

FILED:_____          _____
                                                                    **DEPUTY CLERK**

**AFFIDAVIT OF SERVICE**

**BEFORE ME**, the undersigned authority, personally came and appeared:

**M. H. GERTLER**

who, after being first duly sworn, did depose and state:

That he is the attorney for the plaintiff, James Daniels, in the above entitled and numbered cause of action; that he mailed a certified copy of the Citation and Petition for Damages to the defendant, Biomet, Inc., by certified mail, return receipt requested, said return receipt is attached hereto, indicating that service has been made on this defendant.

Respectfully submitted,

**GERTLER LAW FIRM, L.L.P.**

_____
M. H. GERTLER #6036
LOUIS L. GERTLER #23091
HELEN H. BABIN #22730
935 Gravier Street, Suite 1900
New Orleans, LA 70112
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Email: mhgertler@gertlerfirm.com
            lgertler@gertlerfirm.com
            hbabin@gertlerfirm.com
Attorneys for James Daniels

Sworn to and subscribed before me,

this 22 day of April, 2023.

_____
LOUIS L. GERTLER #23091
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing depositing a copy of same in the U.S. Mail, postage pre-paid and properly addressed, or by transmittal by fax, email and/or hand delivery this ___ day of August, 2023.

_____
M. H. GERTLER #6036

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

1

VERIFIED 08/23/23

# ST MARTIN PARISH SHERIFF
## INVOICE

Pay To:

INVOICE #    13837
PAGE    1 OF    1

**Becket Breaux**
St Martin Parish Sheriffs Office
400 St Martin Street
St. Martinville, LA 70582

CITY OF NEW ORLEANS, ROOM 208
421 LOYOLA AVE
NEW ORLEANS, LA 70112

| PARISH 1797 | Charge | Paid | UnPaid |
|---|---|---|---|
| **SUIT NO. 202307481 JAMES DANIELS VS BIOMET INC, ZIMMER BIOMET HODING INC. GREG BAFFES AND BONEAFIDE ORTHOPAEDICES INC** | | | |
| 08/23/2023 3 CITATION<br>PERSONAL TO SHANE ZERINGUE ON 08/28/2023 BY 1216 HARVEY | 59.25 | 0.00 | 59.25 |

*** TOTAL DUE THIS INVOICE ***   59.25

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

ATTORNEY'S NAME: Gertler, Meyer H 06036
AND ADDRESS: 935 Gravier Street, Suite 1900, New Orleans, LA 70112

1216

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2023-07481 | DIVISION: D | SECTION: 12 |
|---|---|---|

**JAMES DANIELS**

Versus

**BIOMET INC., ZIMMER BIOMET HOLDINGS INC., GREG BAFFES and BONEAFIDE ORTHOPAEDICS INC.**

## CITATION

TO: BONEAFIDE ORTHOPAEDICS, INC.
THROUGH: ITS REGISTERED AGENT, SHANE ZERINGUE
1004 OAK DRIVE, BREAUX BRIDGE, LA 70517

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112



CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Debbie Ciaccio, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of August 2023 served a copy of the within | On this ___ day of ___ served a copy of the within |
| PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES WITH REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON BONEAFIDE ORTHOPAEDICS, INC. | ON BONEAFIDE ORTHOPAEDICS, INC. |
| THROUGH: ITS REGISTERED AGENT, SHANE ZERINGUE | THROUGH: ITS REGISTERED AGENT, SHANE ZERINGUE |
| Returned the same day No. ___ Deputy Sheriff of ST. Martin S-O Mileage: $ ___ ENTERED PAPER RETURN SERIAL NO. ___ DEPUTY ___ PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said BONEAFIDE ORTHOPAEDICS, INC. being absent from the domicile at time of said service. Returned the same day ___ No. ___ Deputy Sheriff of ___ |

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 11196171

Page 1 of 2